1  **MAYER BROWN LLP**
   BRONWYN F. POLLOCK (SBN 210912)
2   *bpollock@mayerbrown.com*
   EVAN M. WOOTEN (SBN 247340)
3   *ewooten@mayerbrown.com*
   MICHAEL SHAPIRO (SBN 271912)
4   *mshapiro@mayerbrown.com*
   350 South Grand Avenue
5  25th Floor
   Los Angeles, California  90071-1503
6  Telephone:   (213) 229-9500
   Facsimile:    (213) 625-0248
7
8  Attorneys for Defendants
   CITIGROUP INC.; CITIBANK, N.A.;
9  CITIMORTGAGE, INC.; CITICORP TRUST
   BANK, FSB; and CITI HOLDINGS, INC.
10

11               **UNITED STATES DISTRICT COURT**

12               **CENTRAL DISTRICT OF CALIFORNIA**

13

| | |
|---|---|
| CITY OF LOS ANGELES, a municipal corporation, | Case No. 13-cv-09009-SVW (JCx) |
| Plaintiff, | [~~PROPOSED~~] **ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS CITIGROUP INC. AND CITIMORTGAGE, INC. TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |
| vs. | |
| CITIGROUP INC.; CITIBANK, N.A.; CITIMORTGAGE, INC.; CITICORP TRUST BANK, FSB; and CITI HOLDINGS, INC., | |
| Defendants. | |

---

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND;
CASE NO. 13-cv-09009-SVW (JCx)

1  WHEREAS, on December 5, 2013, Plaintiff City of Los Angeles ("Plaintiff") filed this action;

WHEREAS, on December 10, 2013, Plaintiff served Defendants Citigroup Inc. and CitiMortgage, Inc.;

WHEREAS, on December 10, 2013, Plaintiff attempted to serve Defendants Citibank, N.A.; Citicorp Trust Bank, FSB; and Citi Holdings, Inc. through delivery of a copy of the complaint to Defendants Citigroup Inc. and CitiMortgage, Inc.;

WHEREAS, on December 16, 2013, Plaintiff filed proofs of service for all Defendants even though Defendants Citibank, N.A.; Citicorp Trust Bank, FSB; and Citi Holdings, Inc. had not been served;

WHEREAS, nevertheless, in an effort to work cooperatively with Plaintiff, Defendants Citibank, N.A.; Citicorp Trust Bank, FSB; and Citi Holdings, Inc. executed a Waiver of Service of Summons and returned to it to Plaintiff on December 23, 2013for filing;

WHEREAS, pursuant to Fed. R. Civ. Proc. 4(d)(3), Defendants Citibank, N.A.; Citicorp Trust Bank, FSB; and Citi Holdings, Inc. have until February 21, 2014 (60 days after December 23, 2013) to answer or otherwise respond to the complaint;

WHEREAS, the Parties hereto desire to have one date for all defendants to answer or otherwise respond to the complaint; and

WHEREAS, Defendants Citigroup Inc. and CitiMortgage, Inc. require additional time to fully analyze and respond to the allegations due to the length and complexity of the complaint and the intervening holidays;

/ / /

/ / /

/ / /

1

1  NOW, THEREFORE, IT IS HEREBY ORDERED that Defendants Citigroup
2  Inc. and CitiMortgage, Inc. shall have until **February 21, 2014** to answer or
3  otherwise respond to the complaint.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 2, 2014

_____
Hon. Stephen V. Wilson
United States District Judge

2

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND;
CASE NO. 13-cv-09009-SVW (JCx)
AMECURRENT 708245786.1