MAYER BROWN LLP
BRONWYN F. POLLOCK (SBN 210912)
 bpollock@mayerbrown.com
EVAN M. WOOTEN (SBN 247340)
 ewooten@mayerbrown.com
350 South Grand Avenue, 25th Floor
Los Angeles, California  90071-1503
Telephone:     (213) 229-9500
Facsimile:     (213) 625-0248

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF LOS ANGELES, a municipal corporation,<br><br>Plaintiff(s)<br><br>v.<br><br>CITIGROUP INC.; CITIBANK, N.A.; CITIMORTGAGE, INC.; CITICORP TRUST BANK, FSB; and CITI HOLDINGS, INC.,<br><br>Defendant(s). | CASE NUMBER<br>13-cv-09009-ODW-RZ<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HACE VICE*** |

**The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Hammargren, Laura R.
*Applicant=s Name (Last Name, First Name & Middle Initial)*

(312) 7018146        (312) 706-8210
*Telephone Number      Fax Number*

lhammargren@mayerbrown.com
*E-Mail Address*

Mayer Brown LLP
71 South Wacker Drive
Chicago, Illinois 60606

*Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

Citigroup Inc.; Citibank, N.A.; Citimortgage, Inc.; Citicorp Trust Bank, FSB; and Citi Holdings, Inc.

*Name(s) of Party(ies) Represented*        Plaintiff        X  Defendants        Other: _____

**and designating as Local Counsel**

Pollock, Bronwyn F.                                  of   Mayer Brown LLP
*Designee's Name (Last Name, First Name & Middle Initial)*        350 S. Grand Avenue, 25th Floor
                                                                 Los Angeles, CA 90071
210912                (213) 229-9500
*Designee's Cal. Bar Number   Telephone Number*

                      (213) 625-0248
                      *Fax Number*                        *Firm Name & Address*

                                                          bpollock@mayerbrown.com
                                                          *E-Mail Address*

**hereby ORDERS the Application be:**

☐ **GRANTED**.
☐ **DENIED.  Fee shall be returned by the Clerk.**
☐ **DENIED.  For failure to pay the required fee.**

**Dated** _____

                                               **U.S. District Judge/U.S. Magistrate Judge**

GB64 ORDER (06/13)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1
711814455.1