MICHAEL N. FEUER (SBN 111529)
CITY ATTORNEY
*mike.feuer@lacity.org*
JAMES P. CLARK (SBN 64780)
CHIEF DEPUTY CITY ATTORNEY
*james.p.clark@lacity.org*
CITY OF LOS ANGELES
200 N. Main Street, Room 800
Los Angeles, CA  90012
Telephone:  (213) 978-8100

STEVE W. BERMAN (*pro hac vice*)
*steve@hbsslaw.com*
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 8th Avenue, Suite 3300
Seattle, WA  98101
Telephone:  (206) 623-7292

ELAINE T. BYSZEWSKI (SBN 222304)
*elaine@hbsslaw.com*
LEE M. GORDON (SBN 174168)
*lee@hbsslaw.com*
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 203
Pasadena, CA  91101
Telephone:  (213) 330-7150

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| CITY OF LOS ANGELES, a municipal corporation,,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO & CO., AND WELLS FARGO BANK, N.A.,<br><br>Defendants. | No. 2:13-cv-09007-ODW(RZx)<br><br>**PLAINTIFF'S STATUS REPORT**<br><br>Courtroom:  11<br>Judge:  Hon. Otis D. Wright, II |
| CITY OF LOS ANGELES, a municipal corporation,<br><br>Plaintiff,<br><br>v. | No. 2:13-cv-09009-ODW(RZx)<br><br>**PLAINTIFF'S STATUS REPORT** |

010346-14  736850 V1

| | | |
|---|---|---|
| 1 | CITIGROUP, INC.; CITIBANK, N.A.; CITIMORTGAGE, INC.; CITI HOLDINGS, INC.; and CITICORP TRUST BANK, FSB | Courtroom: 11<br>Judge: Hon. Otis D. Wright, II |
| 2 | | |
| 3 | Defendants. | |
| 4 | | |
| 5 | CITY OF LOS ANGELES, a municipal corporation, | No. 2:14-CV-04168-ODW (RZx) |
| 6 | Plaintiff, | **PLAINTIFF'S STATUS REPORT** |
| 7 | v. | |
| 8 | JPMORGAN CHASE & CO.; JPMORGAN CHASE BANK, N.A.; and CHASE MANHATTAN BANK USA, N.A., | Courtroom: 11<br>Judge: Hon. Otis D. Wright, II |
| 9 | | |
| 10 | | |
| 11 | Defendants. | |

010346-14  736850 V1

1    Plaintiff City of Los Angeles ("the City"), by and through its undersigned

2    counsel, in consultation with counsel for Defendants in the above-captioned actions,

3    hereby submits this Status Report in compliance with this Court's Order following the

4    October 6, 2014 status conference.  At that status conference, the Court ordered the

5    parties to meet and confer on December 8, 2014, regarding discovery and proposed

6    scheduling.  The parties have done so and address each in turn here.

7    **A.    Plaintiff's Discovery Requests**

8        **1. Wells Fargo**

9    On October 30, 2014, the City met and conferred with Wells Fargo regarding its

10   objections to the City's First Set of Requests for Production of Documents, Requests

11   for Admissions, and Interrogatories.  The parties exchanged meet and confer

12   correspondence in November and December.

13   The City also propounded a Second Set of Requests for Production of

14   Documents on October 31, 2014, to which Wells Fargo provided written responses

15   and objections on December 3, 2014.

16   On December 8, 2014, the parties met and conferred about all remaining issues

17   regarding the first phase of discovery.  The City believes the parties should be able to

18   come to agreement on all remaining issues.  With respect to the agreed production, the

19   parties intend to begin rolling production forthwith and complete the data production

20   by January 15, 2015, provided that the Court enters the protective order submitted by

21   the parties.

22       **2. Citi**

23   On October 29 and November 6, 2014, the City met and conferred with Citi

24   regarding its objections to the City's First and Second Requests for Production of

25   Documents, First and Second Requests for Admissions, and First Interrogatories.  The

26   parties exchanged meet and confer correspondence in November and December.

27   The City also propounded a Third Set of Requests for Production on October

28

- 1 -

31, 2014.  Citi provided written responses and objections on December 8, 2014.

On December 9, 2014, the parties met and conferred about all remaining issues regarding the first phase of discovery.  The City believes the parties should be able to come to agreement on all remaining issues.  With respect to the agreed production, the parties intend to begin rolling production forthwith and complete the data production by January 15, 2015, provided the Court enters the protective order to be submitted by the parties.

### 3.  JPMorgan

On November 17, 2014, the Court denied JPMorgan's motion to dismiss the City's First Amended Complaint.  On November 21, 2014, the City provided JPMorgan with a First Set of Requests for Production of Documents, Requests for Admissions, and Interrogatories.  The parties agree that JPMorgan shall respond in writing to City's discovery requests by January 30, 2015.[1]

### 4.  Third Parties

The City issued subpoenas to third parties Black Knight Financial Services and CoreLogic, Inc. in each of the actions, to which the third parties have objected, as well as the Defendants.

The City's subpoenas requested both origination and servicing data regarding loans issued by each of the Defendants.  Following a joint meet and confer session of the parties and Black Knight, it was agreed that the City shall review the data to be produced by Defendants and then, if necessary, seek to obtain any missing data from Black Knight.  In the meantime Black Knight agreed to investigate data availability.

The City anticipates that Defendants will not have complete servicing data for loans issued to minorities that were then sold by Defendants prior to the loan entering

---

[1] Although no scheduling conference with the Court has been scheduled, the parties nonetheless agreed to meet and confer regarding discovery and case scheduling as required by Rule 26(f), and did so on December 9, 2014.  The parties understand that the Court does not intend for them to submit a separate Rule 26(f) report.  The parties, however, do set forth a joint proposed case schedule at the end of this report.

010346-14  736850 V1

1    foreclosure.  The City also anticipates that it may need servicing data for loans not

2    sold or prior to sale if Defendants are not able to produce the servicing data

3    themselves for whatever reason; as the parties discussed, in this situation the

4    Defendants should be able to obtain the missing data from the third party themselves

5    for production to the City.

6    **B.    Defendants' Discovery Requests**

7         **1.  Wells Fargo**

8         On October 17, 2014, the City provided written responses to Wells Fargo's First

9    Set of Requests for Production and Interrogatories, and on November 17, 2014, the

10   City provided written responses to Wells Fargo's Second Set of Interrogatories.  The

11   parties have met and conferred; with respect to the agreed production, the parties

12   intend to begin rolling production forthwith and complete data production by January

13   15, 2015.

14        **2.  Citi**

15        On October 22, 2014, the City provided written responses to Citi's First Set of

16   Requests for Production of Documents and Admissions and Interrogatories.  The

17   parties met and conferred on November 6 and November 12, 2014, and exchanged

18   meet and confer correspondence in December, with discussions ongoing; with respect

19   to the agreed production, the parties intend to begin rolling production forthwith and

20   complete data production by January 15, 2015.

21        **3.  JPMorgan**

22        JPMorgan has not yet propounded discovery requests on the City.

23   **C.    Protective Orders and ESI Protocols**

24        **1.  Wells Fargo**

25        On November 24, 2014, Magistrate Judge Ralph Zarefsky entered the parties'

26   Proposed ESI Protocol, but denied the parties' Proposed Protective Order Re

27   Confidential Information.

28

010346-14  736850 V1

1    On December 9, 2014, the parties filed an Amended Proposed Protective Order

2  Re Confidential Information for Magistrate Judge Zarefsky's approval.  The City and

3  Wells Fargo have also entered into a Joint Stipulation Re Confidential Information, to

4  enable document production to commence, pending Magistrate Judge Zarefsky's

5  approval of the Proposed Order.

6    The parties have also entered into a side letter agreement regarding security and

7  limitations on use of production data.

8    **2.  Citi**

9    The parties are in the process of finalizing the Proposed ESI Protocol and

10  Proposed Protective Order Re Confidential Information.  The parties will file these as

11  soon as possible.

12    The parties have also entered into a side letter agreement regarding security and

13  limitations on use of production data.

14    **3.  JPMorgan**

15    Based on the approved ESI Protocol and the Amended Proposed Protective

16  Order Re Confidential Information submitted to Magistrate Judge Zarefsky in the

17  *Wells* case, the City has proposed similar agreements to JPMorgan.  The parties expect

18  to reach agreement shortly.

19    **D.    Scheduling**

20    Defendants have indicated that, in an effort to preserve judicial resources and to

21  avoid costs and time spent in conducting potentially unnecessary proceedings in this

22  matter, each intends to bring a summary judgment motion as to whether any allegedly

23  discriminatory loans were issued within two years prior to filing and when the City

24  was on notice of its claims; the City contends the latter has no legal relevancy in the

25  context of the continuing violations doctrine.  The first phase of discovery is focused

26  on discovery regarding these issues.

27

28
- 4 -

010346-14  736850 V1

1      The parties in the *Wells* and *Citi* matters propose that data production be

2   complete for phase one discovery by January 15, 2015.

3      The City will then have 30 days, or by February 17, 2015, to identify the

4   allegedly discriminatory loans at issue, which will require complete production of data

5   by January 15, 2015, with data fields and codes clearly defined.

6      Defendants will then have 30 days, or by March 19, 2015, to bring their motions

7   for summary judgment with respect to the statute of limitations.

8      Separate dates, following a similar pattern, are set forth in the JPMorgan

9   proposed schedule at the end of this document.

10      The City proposes that the second phase of discovery begin at that time.

11   Defendants, again for reasons of judicial economy, propose that the second phase of

12   discovery begin after the Court's decision on the motions for summary judgment.  The

13   parties agree, however, that they can begin meeting and conferring regarding the

14   second phase of discovery on January 15, 2015 (or March 15, 2015, in the case of

15   JPMorgan), even if production will not occur until after Defendants bring their

16   motions for summary judgment or those motions are decided.

17      The parties also set forth proposed pre-trial and trial dates below for these cases.

18   The parties note that related actions have now been filed against each of the

19   Defendants by the Los Angeles Unified School District ("LAUSD").  Each of the

20   Defendants has filed motions to dismiss, which are set to be heard February 9, 2015.

21   Whatever positions the parties ultimately take on whether the City's case and

22   LAUSD's case against the same Defendants should be tried jointly, there is no

23   question that there will be overlapping discovery and motion practice.  In short, the

24   considerable discovery and motion practice that remains, as well as coordination with

25   the LAUSD cases, support the proposed schedules set forth below.

26      Finally, if the Court is not inclined to approve the parties' proposed trial dates,

27   the City proposes that the second phase of discovery should commence immediately.

28

- 5 -

010346-14  736850 V1

1
2
3

Defendants propose that, if the Court is not inclined to approve the parties' proposed trial dates, the second phase of discovery should not commence until at least January 15, 2015.

4

**1. Proposed Schedule for *City of LA v Wells Fargo:***

| Date | Event |
|---|---|
| 1/15/15 | Completion of phase one data production |
| 2/17/15 | Identification by City of allegedly discriminatory loans during statute of limitations |
| 3/19/15 | Motion for summary judgment re statute of limitations |
| 3/19/15 or after Motions decided | Phase two of discovery to commence |
| 7/18/15 | Deadline to complete document production |
| 10/14/15 | Deadline to complete fact discovery, including written discovery and depositions |
| 11/16/15 | Deadline to disclose the identity of expert witnesses and to exchange expert witness summaries/reports pursuant to Rule 26(a)(2), Fed. R. Civ. P. |
| 12/15/15 | Deadline for Fed. R. Civ. P. Rebuttal disclosures in compliance with Rule 26(a)(2)(D)(ii), Fed. R. Civ. P. |
| 1/15/16 | Deadline to complete all expert discovery |
| 2/29/16 | Deadline for the filing of all dispositive motions |
| 3/30/16 | Deadline to complete ADR |
| 5/2/16 | Deadline for the filing of pretrial motions, including *motions in limine* and *Daubert* motions |
| 5/31/16 | Pretrial conference |
| 6/7/16 | Trial |

010346-14  736850 V1

**2.  Proposed Schedule for *City of LA v. Citi:***

| Date | Event |
|---|---|
| 1/15/15 | Completion of phase one data production |
| 2/17/15 | Identification by City of allegedly discriminatory loans during statute of limitations |
| 3/19/15 | Motion for summary judgment re statute of limitations |
| 3/19/15 or after Motions decided | Phase two of discovery to commence |
| [Need for Deadline Disputed] | Deadline to complete document production<br>• The City proposes 7/18/15.  Based on past litigation experience, the City believes it essential to have a date certain for the completion of document production to ensure adequate time to review documents, take depositions, and otherwise finish fact discovery.  Discovery milestones in the scheduling order keep discovery on track.<br>• Defendants ask that the Court refrain from setting this intermediate discovery deadline and allow the parties to work together, as circumstances warrant at the time, to complete this aspect of discovery. |
| 9/14/15 | Deadline to complete fact discovery, including written discovery and depositions. |
| 10/14/15 | Deadline to disclose the identity of expert witnesses and to exchange expert witness summaries/reports pursuant to Rule 26(a)(2), Fed. R. Civ. P. |
| 11/14/15 | Deadline for Fed. R. Civ. P. Rebuttal disclosures in compliance with Rule 26(a)(2)(D)(ii), Fed. R. Civ. P. |
| 12/15/15 | Deadline to complete all expert discovery |
| 1/30/16 | Deadline for the filing of all dispositive motions |
| 2/30/16 | Deadline to complete ADR |
| 3/30/16 | Deadline for the filing of pretrial motions, including *motions in limine* and *Daubert* motions |

- 7 -

| | |
|---|---|
| 4/30/16 | Pretrial conference |
| 5/7/16 | Trial |

### 3.  Proposed Schedule for *City of LA v. JPMorgan:*

| Date | Event |
|---|---|
| 1/20/15 | Deadline to Serve Initial Disclosures |
| 3/15/15 | Completion of phase one document production |
| 4/15/15 | Identification by City of allegedly discriminatory loans during statute of limitations |
| 5/15/15 | Motion for summary judgment re statute of limitations |
| 5/15/15 | Phase two of discovery to commence |
| 9/18/15 | Deadline to complete document production |
| 1/15/16 | Deadline to complete fact discovery, including written discovery and depositions |
| 2/16/2016 | Deadline to disclose the identity of expert witnesses and to exchange expert witness summaries/reports pursuant to Rule 26(a)(2), Fed. R. Civ. P. |
| 3/15/16 | Deadline for Fed. R. Civ. P. Rebuttal disclosures in compliance with Rule 26(a)(2)(D)(ii), Fed. R. Civ. P. |
| 4/15/16 | Deadline to complete all expert discovery |
| 5/30/16 | Deadline for the filing of all dispositive motions |
| 6/30/16 | Deadline to complete ADR |
| 7/30/16 | Deadline for the filing of pretrial motions, including *motions in limine* and *Daubert* motions |
| 8/30/16 | Pretrial conference |
| 9/7/16 | Trial |

- 8 -

010346-14  736850 V1

1    Respectfully submitted,

2    DATED:      December 10, 2014        HAGENS BERMAN SOBOL SHAPIRO LLP

3
                                         By: /s/ Elaine T. Byszewski
4                                        Elaine T. Byszewski (SBN 222304)
                                         *elaine@hbsslaw.com*
5                                        Lee M. Gordon (SBN 174168)
                                         *lee@hbsslaw.com*
6                                        301 N. Lake Avenue, Suite 203
                                         Pasadena, CA  91101
7                                        Telephone:  (213) 330-7150
                                         Facsimile: (213) 330-7152
8

9                                        Michael N. Feuer (SBN 111529)
                                         *mike.feuer@lacity.org*
10                                       CITY ATTORNEY
                                         James P. Clark (SBN 64780)
11                                       *james.p.clark@lacity.org*
                                         CHIEF DEPUTY CITY ATTORNEY
12                                       CITY OF LOS ANGELES
                                         200 N. Main Street, Room 800
13                                       Los Angeles, CA  90012
                                         Telephone:  (213) 978-8100
14
                                         Steve W. Berman
15                                       *steve@hbsslaw.com*
                                         HAGENS BERMAN SOBOL SHAPIRO LLP
16                                       1918 Eighth Avenue, Suite 3300
                                         Seattle, WA  98101
17                                       Telephone:  (206) 623-7292

18
                                         Joel Liberson (SBN 164857)
19                                       *joel@taresources.com*
                                         Howard Liberson (SBN 183269)
20                                       *howard@taresources.com*
                                         TRIAL & APPELLATE RESOURCES, P.C.
21                                       400 Continental Boulevard, 6th Floor
                                         El Segundo, CA  90245
22                                       Telephone:  (310) 426-2361

23
                                         Robert Peck (*pro hac vice*)
24                                       *robert.peck@cclfirm.com*
                                         CENTER FOR CONSTITUTIONAL
25                                       LITIGATION
                                         777 Sixth Street NW, Suite 520
26                                       Washington, DC  20001
                                         Telephone:  (202) 944-2803
27

28
                                         - 9 -

010346-14  736850 V1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Clifton Albright (SBN 100020)
*clifton.albright@ayslaw.com*
ALBRIGHT YEE & SCHMIT
888 W. Sixth Street, Suite 1400
Los Angeles, CA  90017
Telephone: (213) 833-1700

*Attorneys for Plaintiff the City of Los Angeles*

- 10 -

010346-14  736850 V1

1

## **CERTIFICATE OF SERVICE**

2          I hereby certify that on December 10, 2014, I electronically filed the foregoing

3   document using the CM/ECF system which will send notification of such filing to the

4   e-mail addresses registered in the CM/ECF system.

5

6                                                                    /s/ Andy Katz
                                                                        Andy Katz
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

010346-14  736850 V1