O

# United States District Court
# Central District of California

| | |
|---|---|
| CITY OF LOS ANGELES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITIGROUP, INC.; CITIBANK, N.A.; CITIMORTGAGE, INC.; CITICORP TRUST BANK, FSB; and CITI HOLDINGS, INC.,<br><br>　　　　　Defendants. | Case No. 2:13-cv-09009-ODW(RZx)<br><br>**ORDER AMENDING CASE MANAGEMENT SCHEDULE** |

Upon consideration of Plaintiff's Unopposed Application to Amend Scheduling Order and the Declaration of Elaine T. Byszewski filed in support thereof, and good cause appearing, it is hereby **ORDERED** that the Trial Date in this matter be continued from November 3, 2015 to March 1, 2016 with the corresponding deadline adjustments as set forth below:

| Current Date | Proposed New Date | |
|---|---|---|
| 08/03/15 | 12/01/15 | Discovery Cut-Off for *All* Discovery |
| 09/07/15 | 01/11/16 | Last Date to Conduct Settlement Conference |
| 09/14/15 | 01/18/16 | Last Day for Hearing Motions |
| 10/09/15 | 01/29/16 | Lodge Pretrial Conference Order & Pretrial Exhibit Stipulation<br>File Trial briefs<br>File Contentions of Fact & Law<br>Exhibit & Witness Lists<br>File Status Report Regarding Settlement<br>File Agreed Upon Set of Instructions & Verdict Forms<br>File Joint Statement Regarding Disputed Instructions, Verdicts, etc. |
| 10/19/15 | 02/08/16 | Final Pretrial Conference at 1:30 p.m.<br>Motions in Limine to be Filed<br>Proposed Voir Dire Questions & Agreed-to Statement of Case |
| 10/26/15 | 02/22/16 | Hearing on Motions in Limine at 1:30 p.m. |
| 10/29/15 | 02/25/16 | File Final Trial Exhibit Stipulation |
| 11/03/15 | 03/01/16 | Trial at 9:00 a.m. |

March 27, 2015

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**

2