MICHAEL FEUER (SBN 111529)
CITY ATTORNEY
JAMES P. CLARK (SBN 64780)
CHIEF DEPUTY CITY ATTORNEY
CITY OF LOS ANGELES
200 N. Main Street, Room 800
Los Angeles, CA 90012
Telephone: (213) 978-8100
Email: mike.feuer@lacity.org

Attorneys for Plaintiff
THE CITY OF LOS ANGELES

BRONWYN F. POLLOCK (SBN 210912)
 *bpollock@mayerbrown.com*
EVAN M. WOOTEN (SBN 247340)
 *ewooten@mayerbrown.com*
MAYER BROWN LLP
350 South Grand Avenue, 25th Floor
Los Angeles, CA  90071-1503
Telephone:   (213) 229-9500
Facsimile:   (213) 625-0248

Attorneys for Defendants
CITIGROUP INC.; CITIBANK, N.A.;
CITIMORTGAGE, INC.; CITICORP TRUST
BANK, FSB; and CITI HOLDINGS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF LOS ANGELES, a municipal corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>CITIGROUP INC.; CITIBANK, N.A.; CITIMORTGAGE, INC.; CITICORP TRUST BANK, FSB; and CITI HOLDINGS, INC.,<br><br>            Defendants. | Case No. 13-cv-09009-ODW (RZx)<br><br>**JOINT STIPULATION REGARDING NON-PARTY LOANS**<br><br>Judge:    The Hon. Otis D. Wright |

JOINT STIPULATION; Case No. 13-cv-09009 ODW (RZx)

Plaintiff City of Los Angeles ("Plaintiff") and Defendants Citigroup Inc., Citibank, N.A., CitiMortgage, Inc., Citicorp Trust Bank, FSB, and Citi Holdings, Inc. (collectively, "Defendants") stipulate as follows:

WHEREAS, the complaint alleges (at ¶¶ 2 n.1, 29) that Defendants are "liable for residential home loans and lending operations acquired from, and/or sold by or through," Ameriquest Mortgage Company, Argent Mortgage Company, Argent Mortgage Company LLC, Olympus Mortgage Company, and Town & Country Credit Corp. (collectively, the "Non-Party Loans");

WHEREAS, the complaint alleges that Plaintiff "identified one thousand two hundred (1,200) discriminatory loans issued by Citi in Los Angeles between 2004-2011 that resulted in foreclosure" and lists a "sample of property addresses corresponding to these foreclosures" (¶ 136);

WHEREAS, paragraph 136 of the complaint includes Non-Party Loans;

WHEREAS, the complaint alleges statistical analyses asserting that Defendants issued "discriminatory" loans to minorities that disproportionately resulted in foreclosure (¶¶ 9, 13, 88-89, 94-97, 99-102, 104, 110-12) (the "Statistical Analyses");

WHEREAS, the Statistical Analyses include Non-Party Loans;

WHEREAS, Plaintiff has served discovery requests regarding the Non-Party Loans (Plaintiff's Second Requests For Admission, Nos. 6-8, and Plaintiff's Second Requests For Production, Nos. 37-39) (the "Non-Party Loan Discovery Requests");

WHEREAS, Defendants maintain that they are not liable for the Non-Party Loans and, on June 12, 2015, when the parties met and conferred, advised Plaintiff that Defendants would be filing a motion for partial summary judgment seeking dismissal of Plaintiff's claims that Defendants are liable for the Non-Party Loans;

WHEREAS, the parties wish to avoid unnecessary motion practice;

NOW THEREFORE, Plaintiff and Defendants stipulate as follows:

1. Plaintiff dismisses *with prejudice* its claim that Defendants are liable for the Non-Party Loans;

2. Plaintiff will not seek damages resulting from loans issued by the Non-Parties, and no evidence of the Non-Party Loans may be presented at trial, or in opposition to a motion for summary adjudication or summary judgment, as the basis for any recovery or relief against Defendants in this action;

3. Plaintiff agrees there will be no further discovery with respect to the Non-Party Loans; and

4. Plaintiff agrees to exclude the Non-Party Loans from the Statistical Analyses, will provide Defendants' counsel with a document reporting the modified results within 14 days of this Joint Stipulation, and will file the modified results with the Court thereafter.

Dated: September 3, 2015

CITY ATTORNEY'S OFFICE, CITY OF LOS ANGELES

HAGENS BERMAN SOBOL SHAPIRO LLP

By: /s/ Elaine Byszewski
Elaine Byszewski
Attorneys for Plaintiff
City of Los Angeles

Dated: September 3, 2015

MAYER BROWN LLP

By: /s/ Bronwyn F. Pollock[1]
Bronwyn F. Pollock
Attorneys for Defendants Citigroup Inc.; Citibank, N.A.; CitiMortgage, Inc.; Citicorp Trust Bank, FSB; and Citi Holdings, Inc.

---

[1] I, Bronwyn F. Pollock, attest that all other signatories listed authorize and concur in the filing of this document.