MICHAEL FEUER (SBN 111529)
CITY ATTORNEY
JAMES P. CLARK (SBN 64780)
CHIEF DEPUTY CITY ATTORNEY
CITY OF LOS ANGELES
200 N. Main Street, Room 800
Los Angeles, CA 90012
Telephone: (213) 978-8100
Email: mike.feuer@lacity.org

Attorneys for Plaintiff
THE CITY OF LOS ANGELES

BRONWYN F. POLLOCK (SBN 210912)
 *bpollock@mayerbrown.com*
EVAN M. WOOTEN (SBN 247340)
 *ewooten@mayerbrown.com*
MAYER BROWN LLP
350 South Grand Avenue, 25th Floor
Los Angeles, CA  90071-1503
Telephone:  (213) 229-9500
Facsimile:   (213) 625-0248

Attorneys for Defendants
CITIGROUP INC.; CITIBANK, N.A.;
CITIMORTGAGE, INC.; CITICORP TRUST
BANK, FSB; and CITI HOLDINGS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF LOS ANGELES, a municipal corporation,<br><br>Plaintiff,<br><br>v.<br><br>CITIGROUP INC.; CITIBANK, N.A.; CITIMORTGAGE, INC.; CITICORP TRUST BANK, FSB; and CITI HOLDINGS, INC.,<br><br>Defendants. | Case No. 13-cv-09009-ODW (RZx)<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING NON-PARTY LOANS**<br><br>Judge:    The Hon. Otis D. Wright |

Pursuant to stipulation and for good cause showing, the Parties' Joint Stipulation Regarding Non-Party Loans is **GRANTED**.

1. Plaintiff's claim that Defendants are "liable for residential home loans and lending operations acquired from, and/or sold by or through," Ameriquest Mortgage Company, Argent Mortgage Company, Argent Mortgage Company LLC, Olympus Mortgage Company, and Town & Country Credit Corp. (collectively, the "Non-Party Loans") is dismissed with prejudice;

2. Plaintiff shall not seek damages resulting from loans issued by the Non-Parties, and no evidence of the Non-Party Loans may be presented at trial, or in opposition to a motion for summary adjudication or summary judgment, as the basis for any recovery or relief against Defendants in this action;

3. Plaintiff shall seek no further discovery with respect to the Non-Party Loans; and

4. Plaintiff shall exclude the Non-Party Loans from the statistical analyses referenced in paragraphs ¶¶ 9, 13, 88-89, 94-97, 99-102, 104, and 110-12 in Plaintiff's complaint, shall provide Defendants' counsel with a document reporting the modified results within 14 days of this Joint Stipulation, and shall file the modified results with the Court thereafter.

**SO ORDERED.**

Dated: _____   _____
Otis D. Wright
United States District Court Judge