# United States District Court
# Central District of California

| | |
|---|---|
| CITY OF LOS ANGELES,<br><br>            Plaintiff,<br><br>      v.<br><br>CITIGROUP, INC.; CITIBANK, N.A.;<br>CITIMORTGAGE, INC.; CITICORP<br>TRUST BANK, FSB; and CITI<br>HOLDINGS, INC.,<br><br>            Defendants. | Case No. 2:13-cv-9009-ODW(RZx)<br><br>**ORDER GRANTING STIPULATION RE: NON-PARTY LOANS** |

Pursuant to stipulation and for good cause appearing, the Parties' Joint Stipulation Regarding Non-Party Loans is **GRANTED**, and the Court **ORDERS** as follows:

1. Plaintiff's claim that Defendants are "liable for residential home loans and lending operations acquired from, and/or sold by or through," Ameriquest Mortgage Company, Argent Mortgage Company, Argent Mortgage Company LLC, Olympus Mortgage Company, and Town & Country Credit Corp. (collectively, the "Non-Party Loans") is dismissed with prejudice;

2. Plaintiff shall not seek damages resulting from loans issued by the Non-Parties, and no evidence of the Non-Party Loans may be presented at trial, or in

opposition to a motion for summary adjudication or summary judgment, as the basis for any recovery or relief against Defendants in this action;

3. Plaintiff shall seek no further discovery with respect to the Non-Party Loans; and

4. Plaintiff shall exclude the Non-Party Loans from the statistical analyses referenced in paragraphs ¶¶ 9, 13, 88-89, 94-97, 99-102, 104, and 110-12 in Plaintiff's complaint, shall provide Defendants' counsel with a document reporting the modified results within 14 days of this Joint Stipulation, and shall file the modified results with the Court thereafter.

**IT IS SO ORDERED.**

September 8, 2015

_____

**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**