**MAYER BROWN LLP**
BRONWYN F. POLLOCK (SBN 210912)
 *bpollock@mayerbrown.com*
EVAN M. WOOTEN (SBN 247340)
 *ewooten@mayerbrown.com*
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

LUCIA NALE (*Pro Hac Vice*)
 *lnale@mayerbrown.com*
DEBRA BOGO-ERNST (*Pro Hac Vice*)
 *dernst@mayerbrown.com*
STEPHEN J. KANE (*Pro Hac Vice*)
 *skane@mayerbrown.com*
71 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 782-0600
Facsimile: (312) 701-7711

Attorneys for Defendants
CITIGROUP INC.; CITIBANK, N.A.;
CITIMORTGAGE, INC.; CITICORP TRUST BANK, FSB;
and CITI HOLDINGS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF LOS ANGELES, a municipal corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>CITIGROUP INC.; CITIBANK, N.A.; CITIMORTGAGE, INC.; CITICORP TRUST BANK, FSB; and CITI HOLDINGS, INC.,<br><br>            Defendants. | Case No. 2:13-cv-09009-ODW (RZx)<br><br>**STIPULATION OF DISMISSAL**<br><br>Judge: The Hon. Otis D. Wright |

# STIPULATION OF DISMISSAL

Plaintiff City of Los Angeles ("Plaintiff") and Defendants Citigroup Inc., Citibank, N.A., CitiMortgage, Inc., Citicorp Trust Bank, FSB, and Citi Holdings, Inc. (collectively, "Defendants") stipulate as follows:

1. All of Plaintiff's claims in this action shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2. Plaintiff expressly waives any and all rights of appeal in this action.

3. Plaintiff expressly waives any and all rights to seek relief under Federal Rule of Civil Procedure 60(b), or any other rule, from the order dismissing Plaintiff's claims pursuant to this Stipulation and shall not seek to revive this action based on the outcome of the appeal in *City of Los Angeles v. Wells Fargo & Co. et al* (Case No. 15-56157) or any other action.

4. The parties agree that the order dismissing with prejudice Plaintiff's claims shall be given its normal preclusive effect under principles of *res judicata*. Neither the Stipulation nor the order dismissing the action shall have any preclusive effect under the principles of collateral estoppel on the State of California's current claims in *People of the State of California v. Citigroup, Inc., et al.* (Case No. BC 573961). This agreement does not prohibit Defendants from referring to this Stipulation, the order dismissing this action, or the fact of dismissal in public or in any legal proceeding.

5. Each party shall bear its own costs, expenses, and attorneys' fees.

| | | |
|---|---|---|
| 1 | Dated: October 7, 2015 | MICHAEL FEUER |
| 2 | | City Attorney |
| | | JAMES P. CLARK |
| 3 | | Chief Deputy City Attorney |
| 4 | | LEE M. GORDON |
| | | HAGENS BERMAN SOBOL |
| 5 | | SHAPIRO LLP |
| 6 | | |
| 7 | | By: */s/ Lee M. Gordon* |
| 8 | | |
| | | Lee M. Gordon |
| 9 | | |
| 10 | | Attorneys for Plaintiff City of Los Angeles |
| 11 | | |
| 12 | Dated: October 7, 2015 | MAYER BROWN LLP |
| 13 | | |
| 14 | | |
| 15 | | By: */s/ Bronwyn F. Pollock* [1] |
| 16 | | Bronwyn F. Pollock |
| 17 | | Attorneys for Defendants |
| 18 | | CITIGROUP INC.; CITIBANK, N.A.; CITIMORTGAGE, INC.; CITICORP TRUST BANK, FSB; and CITI |
| 19 | | HOLDINGS, INC. |

---

[1] Bronwyn F. Pollock attests that Lee M. Gordon concurs in the content and has authorized the filing of this Stipulation of Dismissal.