JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

CITY OF LOS ANGELES, a municipal corporation,

                    Plaintiff,

          v.

CITIGROUP INC.; CITIBANK, N.A.; CITIMORTGAGE, INC.; CITICORP TRUST BANK, FSB; and CITI HOLDINGS, INC.,

                    Defendants.

Case No. 13-cv-09009-ODW (RZx)

**ORDER DISMISSING ALL CLAIMS WITH PREJUDICE**

Judge:    The Hon. Otis D. Wright II

## __ORDER__

Based on the parties' agreement and Stipulation of Dismissal, this Court finds good cause to dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 41(A)(1)(A)(ii).

IT IS HEREBY ORDERED THAT:

1.      All of Plaintiff's claims in this action are dismissed with prejudice, on the terms and conditions agreed to in the Stipulation, and

2.      Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: October 7, 2015

Honorable Otis D. Wright II
United States District Judge